**Ellery COLE, Appellant,**

v.

**WINEBRENNER, COII; Sandra Jimmerson, Acting FUM; Mike Tagger, AHO; Vaughn, COII, Appellees.**

No. 01–1161.

United States Court of Appeals, Eighth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Missouri prisoner Ellery Cole appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, alleging that defendants failed to protect him from inmate attacks, and that

---

1. The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.

1. The Honorable Scott O. Wright, United States District Judge for the Western District

of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

the discipline they imposed for his possession of a weapon in self-defense violated his right to procedural due process. After careful de novo review of the record, we conclude that the district court did not err in rejecting either claim.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.